**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBINSON, FARUQ, | : | No. 70 EM 2016 |
| Petitioner | : | |
| v. | : | |
| WELLS FARGO BANK, PETER WAPNER, PHELAN HALLINAN, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED**.